**Order entered May 10, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00011-CV

**AVIS DICKERSON AND ROBERT BURNS, Appellants**

**V.**

**WHITE ROCK HILLS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-06650-B**

## ORDER

The reporter's record in this appeal has not been filed because appellants have not requested it. By letter dated Mach 8, 2019, we cautioned appellants that the appeal might be ordered submitted without the reporter's record unless, within ten days, they filed written verification they had requested the record. *See* TEX. R. APP. P. 37.3(c). To date, however, they have not responded. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellants to file their brief(s) no later than June 10, 2019.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE